UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: BERNITE BERTRAND DURAL        CASE NO. 23-50242
*aka Bernite B. Dural*

DEBTOR                                CHAPTER 13

## OBJECTION TO CONFIRMATION

SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust ("SN Servicing Corporation"), through undersigned counsel, respectfully objects to the confirmation of Debtor's Chapter 13 Plan based on the following representations:

1.

Debtor filed for Chapter 13 Bankruptcy on April 5, 2023; the Chapter 13 Plan was filed on April 20, 2023. The 341 Meeting of Creditor's was scheduled for May 18, 2023; Debtor was not present.

2.

SN Servicing Corporation is the holder of a Promissory Note secured by an Act of Mortgage of even date and amount on the Property bearing the municipal address 526 Hector Connoly Road, Carencro, Louisiana 70520 (Property).

3.

SN Servicing Corporation is in the process of filing its Proof of Claim. SN Servicing Corporation estimates the total indebtedness of approximately $92,743.61 including pre-petition arrearage of approximately $92,743.61.

4.

Debtor's proposed Chapter 13 Plan (Plan) provides to pay SN Servicing Corporation a pre-petition arrearage of $0.00. Further, Plan seeks to modified (cramdown) secured debt on the Property (Debtor's principal residence) through a value determination of secured/unsecured portion under 3.2 of the plan provisions. Plan as stated impermissibly modifies SN Servicing Corporation's rights by failing to cure the default and potentially under-securing the loan.

WHEREFORE, SN Servicing Corporation prays that its objection be sustained, and Debtor's Chapter 13 Plan be amended to resolve the objection or in the alternative the Court deny confirmation.

Respectfully submitted,

/s/ C. Conway Bellone
C. Conway Bellone (No. 39801)
Cris Jackson (No. 20876)
JACKSON & McPHERSON, L.L.C.
935 Gravier Street, Suite 1400
New Orleans, LA 70112
Phone: 504-581-9444
Fax: 504-588-2888
Email: cjackson@jacksonmcpherson.com
Email: cbelllone@jacksonmcpherson.com

Attorney for SN Servicing Corporation

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: BERNITE BERTRAND DURAL  CASE NO. 23-50242
       *aka Bernite B. Dural*

DEBTOR  CHAPTER 13

---

### CERTIFICATE OF SERVICE

I certify that a copy of the Objection to Confirmation of SN Servicing Corporation has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on June 1, 2023.

Bernite Bertrand Dural
526 Hector Connoly Rd.
Carencro, LA 70520

Keith A. Rodriguez, Chapter 13 Trustee
ecf@keithrodriguez.com

Office of the U.S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

/s/ C. Conway Bellone
C. Conway Bellone (No. 39801)